L-738-18

FILED
FEB 14 2018
DISTRICT COURT
GRAYS HARBOR COUNTY

RECEIVED
FEB 14 2018
AUDITOR'S OFFICE

RECEIVED
FEB 14 2018
CO. COMMISSIONERS

IN THE GRAYS HARBOR DISTRICT COURT DEPARTMENT TWO

QI WEN "KEVIN" CHEN, EDISON ZHENG, YU KIN ZHENG, FEI-HUI ZHENG, and H & K AUTO SALES,

Plaintiffs,

vs.

GRAYS HARBOR COUNTY, a governmental agency, THE GRAYS HARBOR COUNTY DRUG TASK FORCE, a division of the Grays Harbor County Sheriff's Department and Grays Harbor County,

Defendants.

NO. 18-2-0433

COMPLAINT AND PETITION FOR REMOVAL OF FORFEITURE ACTION, DAMAGES AND RETURN OF PERSONAL PROPERTY

COMES NOW, the Plaintiffs, by and through their attorneys of record, HAGEN BATES & EDWARDS P.S., and moves for claims against Defendants and each of them, allege as follows:

FIRST CAUSE OF ACTION

I.

Plaintiffs resides in Grays Harbor County, State of Washington. Plaintiffs are the owners of and claim an immediate right of possession in and to the following:

DTF CASE NO. 2017-30088

Item 17.    Honda Civic WA LIC/AKX0675, VIN/1HGFA16546L061876; and 1989 Ford Econoline Van LIC/B69901W, VIN/1FTFE24Y1KHC30237;
Item 21.    Laptop;
Item 26.    Computer Tower;
Item 27.    Laptop;
Item 28.    Ipad;

HAGEN & BATES P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
110 W. MARKET SUITE 202
P O BOX 2016
ABERDEEN WASHINGTON 98520
TEL (360) 532-6210

1     Item 34.     $8.75 misc. change;

2     <u>DTF CASE NO. 2017-20037</u>

| | |
|---|---|
| Item A6: | $46.95 |
| Item 3: | Glacier Bay faucet shower set Model/1002541861 |
| Item 4: | Glacier Bay faucet set Model/1002541817 |
| Item 5: | Glacier Bay faucet set Model/100251811 |
| Item 6: | Diablos saw blades 24 7¼ |
| Item 8: | Ryobi cordless drill 18v SN/CS15041D441207 |
| Item 9: | Makita drill SN/885734 Model/HP2050 |
| Item 10: | Skil saw 8.5 reciprocating |
| Item 11: | Ryobi 18.0v reciprocating saw cordless Model/P510, SN/CS113633659 |
| Item 12: | Porter cable sabre saw SN/066327A4015, Model/423MAG |
| Item 13: | Garmin GPS Nuvi 4olm SN/2D521301 |
| Item 14: | Ryobi saber saw SN/C5093710558 Model/CSB123 |
| Item 20: | Delta Foundations faucet set |
| Item 21: | Smonet Security System |
| Item 22: | Skil saw Model/4380 |
| Item *: | Mercury Milan 2007, purple, WA LIC/AOV0134, VIN/3MEHM02117R662563 |

herein "property", which was unlawfully seized by agents of the County of Grays Harbor.

II.

The Defendant, Grays Harbor County, is organized under the laws of the State of Washington. The Defendant, Grays Harbor County Drug Task Force, is an agent of the County of Grays Harbor.

III.

On or before November 28, 2017, the before-mentioned property was unlawfully seized from the Plaintiff by agents of the Grays Harbor County Task Force who were then and there acting within the scope of their employment as police officers with the Grays Harbor County Sheriff's Department.

IV.

On or about December 5, 2017, officers and agents of the Defendants, sent a Notice of Seizure and attend forfeiture purportedly under the authority of RCW 69.50.505.

HAGEN & BATES P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
110 W. MARKET, SUITE 202
P.O. BOX 2016
ABERDEEN, WASHINGTON 98520
TEL (360) 532-6210

V.

On or about January 8, 2018, the Plaintiffs timely filed a Notice of Claim and Request for Hearing.

VI.

The seizure of the before-mentioned property was without probable cause, was illegal, and in violation of the 4th amendment of the United States Constitution and Article I, Section 7, of the Constitution of the State of Washington, and further did not comply with the requirements of RCW 69.50.505.

VII.

The Plaintiffs are the owners and rightful possessors of the before-described property which were not properly forfeitable under RCW 69.50.

VIII.

Plaintiffs petition the court to remove the forfeiture action from the Grays Harbor County Drug Task Force to Grays Harbor County District Court Department Two and for an order requiring the Defendants to immediately return the seized property to the Plaintiffs.

SECTION CAUSE OF ACTION

IX.

Plaintiffs incorporate the allegations contained in Paragraph I through VIII by this reference.

X.

As a direct and proximate result of the illegal seizure and attempted forfeiture of the seized property, Plaintiffs have suffered damages including loss of the use of the seized property, interest, invasion of his privacy interest, conversion of the seized property, and attorney's fees and costs in connection with securing the return of the seized property. The amount of damages shall be established at the time of trial.

HAGEN & BATES P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
110 W. MARKET, SUITE 202
P.O. BOX 2018
ABERDEEN, WASHINGTON 98520
TEL (360) 532-6210

## THIRD CAUSE OF ACTION

XI.

Plaintiffs incorporate the allegations contained in Paragraph I through X by this reference.

XII.

The conduct of the Defendants, and each of them, constitutes a taking or damaging of property under the color of law in violation of 42 USC S. 1983. Defendants should be taxed with punitive damages and attorney's fees.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

1. Removal of the forfeiture action from the Grays Harbor County Drug Task Force to the Grays Harbor District Court Department Two;

2. For return of the before-described seized property;

3. For damages for the detention of the seized property, interest, for loss of use of the seized property, and for conversion of the seized property, all to be proven at the time of trial;

4. For punitive damages against Defendants in a sum to be determined at trial;

5. For reasonable attorney's fees and costs expended in securing the return of seized items; and

6. For such other and further relief and the court deems just and proper.

Dated this 13th day of February, 2018.

HAGEN BATES & EDWARDS P.S.
Attorneys for Plaintiffs

_____
WAYNE D. HAGEN, JR. WSBA #18640

HAGEN & BATES P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
110 W. MARKET, SUITE 202
P.O. BOX 2016
ABERDEEN, WASHINGTON 98520
TEL (360) 532-6210